JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN LUMLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>NEWELL RUBBERMAID, INC.,<br><br>    Defendant. | Case No. CV11-09079-RGK (RZx)<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL**<br><br>Complaint Filed:   September 23, 2011 |

**ORDER OF DISMISSAL**

Upon stipulation by the parties the Court hereby dismisses this matter with prejudice.

**IT IS SO ORDERED.**

Date: May 16, 2012      _/s/ Gary Klausner_____

The Honorable R. Gary Klausner
United States District Court Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

NR03-0000001
3932225.1

1