JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN LUMLEY, | Case No. CV11-09079-RGK (RZx) |
| Plaintiff, | **[PROPOSED] ORDER RE STIPULATION OF DISMISSAL** |
| v. | |
| NEWELL RUBBERMAID, INC., | Complaint Filed:  September 23, 2011 |
| Defendant. | |

**ORDER OF DISMISSAL**

Upon stipulation by the parties the Court hereby dismisses this matter with prejudice.

**IT IS SO ORDERED.**

Date: May 16, 2012

_____
The Honorable R. Gary Klausner
United States District Court Judge